No. 77–1687. Dost *v.* United States; and

No. 78–5007. Kilfoyle *v.* United States. C. A. 10th Cir. Certiorari denied. Mr. Justice Brennan, Mr. Justice Stewart, and Mr. Justice Marshall would grant the petitions and reverse the convictions. Reported below: 575 F. 2d 1303.